# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | | |
|---|---|---|
| **GREG GELNER,** *Plaintiff*, | § § § | |
| v. | § § | PE:21-CV-00035-DC |
| **STS CONSULTING SERVICES, LLC,** *Defendant*. | § § § | |

## ORDER

BEFORE THE COURT is Plaintiff Greg Gelner and Defendant STS Consulting Services, LLC's Joint Stipulation to Arbitrate and for Tolling in this case. (Doc. 15).

Upon consideration of the pleadings, the papers, and the arguments of counsel related to said Joint Stipulation to Arbitrate and for Tolling, the Parties' Joint Stipulation to Arbitrate and for Tolling is **GRANTED** (Doc. 15), and the Parties are **ORDERED** to submit all claims in this case to binding arbitration. The Parties shall engage in settlement negotiations and try to resolve the matter on or before **February 3, 2022**, prior to filing a demand for arbitration. By stipulation, the Court **ORDERS** that Plaintiff's claims are tolled from the date of the filing of his Complaint through **sixty (60) days** from the date of entry of this Order.

It is therefore **ORDERED** that Plaintiff's Complaint is hereby **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that all pending motions are **DENIED** as moot.

It is finally **ORDERED** that the Clerk of the Court administratively **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 26th day of January, 2022.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE